IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEITH MURAUSKAS, | ) | CV 06-00312 JMS/LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING MAGISTRATE'S |
| vs. | ) | FINDING AND RECOMMENDATION |
| | ) | |
| ROBERT PARKER, Warden, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDING AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 25, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 13, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge